UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIDWEST TITLE LOANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07-cv-1479- SEB-DML |
| vs. | ) | |
| | ) | |
| JUDITH J. RIPLEY, in her official capacity as | ) | |
| Director of the Indiana Department of Financial | ) | |
| Institutions, | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY REGARDING PLAINTIFF'S MOTION FOR RECOVERY OF TAXABLE COSTS AND ATTORNEYS' FEES
(Docket No. 71)

Plaintiff's Motion for Recovery of Taxable Costs and Attorneys' Fees filed in Conjunction with Agreed Motion to Stay Pending Appeal, filed on May 7, 2009, at Docket No. 71, is **WITHDRAWN**, without prejudice to the right of Plaintiff to refile a new motion seeking costs and attorneys' fees in accordance with the time frame established in Magistrate Judge Lynch's February 8, 2010, ruling at Docket No. 76.

IT IS SO ORDERED.

Date: 03/30/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Gary W. Bippus**
INDIANA OFFICE OF THE ATTORNEY GENERAL
gary.bippus@atg.in.gov,jody.clapper@atg.in.gov

**Chadwick C. Duran**
INDIANA OFFICE OF THE ATTORNEY GENERAL
cduran@atg.state.in.us,chad.duran@atg.in.gov,lori.smith@atg.in.gov

**Stanley C. Fickle**
BARNES & THORNBURG LLP
sfickle@btlaw.com

**Paul L. Jefferson**
BARNES & THORNBURG LLP
pjefferson@btlaw.com

**Alan S. Kaplinsky**
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
kaplinsky@ballardspahr.com

**John R. Maley**
BARNES & THORNBURG
jmaley@btlaw.com,dscott@btlaw.com